1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL W. DANCER,

                Plaintiff,

  v.

G. STEVEN HAMMOND, et al.,

                Defendants.

No. C10-5393BHS/JRC

ORDER TO CURE DEFECTS IN FILING

This is a civil rights action brought pursuant to 42 U.S.C. § 1983.  The court, having reviewed the file, hereby **ORDERS** plaintiff to correct the defects in his filings by September 17, 2010.

This action was commenced on June 4, 2010.  Three days later the clerk's office sent plaintiff a letter outlining defects in his filings (Dkt. # 2).  The letter was returned as undeliverable.  Over two months later, on August 13, 2010, plaintiff informed the court of his new address (Dkt. # 3).

The Clerk's Office is directed to send plaintiff a copy of the June 7, 2010 letter.  Plaintiff will have until September 17, 2010, to cure the defects outlined in the letter.  If the defects are not cured by that time the court will recommend that this action be dismissed for failure to prosecute and failure to comply with a court order

ORDER DIRECTING SERVICE - 1

1   The Clerk is directed to send copies of this Order to plaintiff and note the September 17,

2   2010 due date on the court's calendar.

3   DATED this 23rd day of August, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER DIRECTING SERVICE - 2