UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL W. DANCER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>G. HAMMOND, *et al*.<br><br>　　　　　　　　　　Defendants. | CASE NO.  C10-5393BHS/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PROVIDE COPIES FOR SERVICE OF PROCESS |

　　　　The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

　　　　Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to be in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee.

　　　　Plaintiff has thirty days to provide copies of the complaint and filled out Marshal's service forms for each defendant.  Without these documents the court cannot serve the action. Plaintiff has until **February 10, 2011**, to provide the documents.  Failure to provide the

ORDER - 1

1 documents will result in a Report and Recommendation that this action be dismissed for failure
2 to prosecute and failure to comply with a court order.
3       DATED this 12th day January, 2011.

*J. Richard Creatura*
United States Magistrate Judge

ORDER - 2