UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL W. DANCER,<br><br>    Plaintiff,<br><br>  v.<br><br>G. STEVEN HAMMOND, et al.,<br><br>    Defendants. | Case No. C10-5393BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED with prejudice**.

DATED this 28th day of March, 2011.

*(signature)*
BENJAMIN H. SETTLE
United States District Judge

ORDER