# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL W. DANCER,

              v.

G. STEVEN HAMMOND, et al.,

JUDGMENT IN A CIVIL CASE

Case No. C10-5393BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED with prejudice**.

| March 30, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                              *s/ Mary Trent*
                                              Deputy Clerk